

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-81,959-01

### EX PARTE MICHAEL EARL KELLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 12405 IN THE 355TH DISTRICT COURT
### FROM HOOD COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to seven years' imprisonment.

Applicant's claims concerning court costs are dismissed. *In re Daniel*, 396 S.W.3d 545, 548 (Tex. Crim. App. 2013); *Ex parte Knight*, 401 S.W.3d 60, 67 (Tex. Crim. App. 2013). Based on this Court's independent review of the record, we find that Applicant's remaining claims are without merit. Therefore, we deny relief.

Filed: September 17, 2014
Do not publish